IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 09-33404-DHW-13 |
| JAMES D. BENNETT ) | |
| SSN: xxx-xx-9005 ) | Chapter 13 |
| Debtor(s). | |

## OBJECTION TO CONFIRMATION

COMES NOW your petitioner, GMAC Inc. (hereinafter referred to as "GMAC"), a secured creditor in the above styled cause, and files this objection to the proposed plan filed by the Debtor, and as grounds therefore, states as follows:

1. That GMAC is the holder of a perfected security interest in the Debtor's property, more specifically described as **one (1) 2006 Chevrolet C2500 PU, VIN: 1GCHK23U46F161738.** As evidence of the perfection, GMAC attaches to this objection a copy of the Retail Installment Sales Contract and Certificate of Title, collectively as Exhibit "A" and incorporates said documents herein by reference.

2. That the payoff on GMAC's collateral on the date of the filing of this petition was $20,768.34.

3. That GMAC would show to the Court that the value of this collateral is substantially greater than the value proposed by the Debtor, and that the interest of GMAC is substantially impaired by the Debtor's valuation.

4. That the interest of GMAC is not adequately protected by the Debtor's plan as proposed.

WHEREFORE, PREMISES CONSIDERED, GMAC respectfully requests this Honorable Court for an Order denying confirmation of the Debtor's plan as proposed, and for such further and other relief as this Court deems proper.

/s/ Paul K. Lavelle
Paul K. Lavelle,
Attorney for GMAC Inc.

**OF COUNSEL:**
YEAROUT SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

Bennett; File #10-05032-1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Objection to Confirmation upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the **10th** day of **February, 2010**

_/s/_
_____
OF COUNSEL

| | |
|---|---|
| Richard D. Shinbaum<br>Attorney at Law<br>P.O. Box 201<br>Montgomery, AL 36101 | Curtis C. Reding<br>Chapter 13 Trustee<br>Post Office Box 173<br>Montgomery, AL 36101 |

Bennett; File #10-05032-1